**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF UTAH and DEREK BROWN, in his official capacity as Utah Attorney General,<br><br>Defendants. | Case No. 26-1055 |

**NOTICE OF RELATED ACTION**

Plaintiffs United States of America and Commodity Futures Trading Commission hereby notify the Court of the following pending case in this district related to the instant matter:

***North American Derivatives Exchange, Inc., d/b/a OG.Com Prediction Markets v. Brown***, No. 26-cv-1056 (D. Utah)

Dated: October 27, 2026

Respectfully submitted,

By: */s/ Andrew J. Weisberg*

*Attorneys for the United States of America*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIMOTHY J. BORGERSON
Counsel to the Assistant Attorney General
450 5th Street, N.W.
Washington, DC 20001
Tel. 202-860-8970
Timothy.Borgerson@usdoj.gov

*Attorneys for the Commodity Futures Trading Commission*

TYLER S. BADGLEY
General Counsel
M. JORDAN MINOT
Deputy General Counsel
DAVID W. RUBIN
Senior Assistant General Counsel
ANDREW J. WEISBERG
Senior Assistant General Counsel
HENRY J. DICKMAN
Senior Assistant General Counsel

U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, DC 20581
Tel. (202) 209-1087
tbadgley@cftc.gov
jminot@cftc.gov
drubin@cftc.gov
aweisberg@cftc.gov
hdickman@cftc.gov