**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH CENTRAL DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF UTAH and DEREK BROWN, in his official capacity as Utah Attorney General,<br><br>Defendants. | Case No. 2:26-cv-1055-RJS<br><br>**PROPOSED TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Pending before the Court is the Motion for a Temporary Restraining Order and Preliminary Injunction filed by Plaintiffs the United States of America ("United States") and the Commodity Futures Trading Commission ("CFTC"). For the reasons stated below, the Court **GRANTS** the motion:

1. The United States and CFTC are likely to succeed on the merits of their claims that Utah's state gambling or wagering laws as applied to event contracts traded on designated contract markets ("DCMs") regulated by the CFTC are preempted by the Commodity Exchange Act, 7 U.S.C. §1, *et seq.*;
2. Absent an injunction, the United States and the CFTC will suffer irreparable harm if Defendants are permitted to enforce Utah state gambling or wagering laws and regulations against CFTC-regulated Designated Contract Markets;
3. The United States and CFTC have no adequate remedy at law; and
4. The balance of equities favors granting the motion of the United States and CFTC.

Therefore, **IT IS ORDERED** that the United States' and CFTC's motion for a temporary restraining order and preliminary injunction is **GRANTED**. Defendants are enjoined from pursuing criminal or civil enforcement actions related to event contracts listed on CFTC-regulated DCMs, including continued litigation of any pending criminal or civil enforcement suits against any CFTC-Designated Contract Markets or Futures Commission Merchants and their officers, or by engaging in any further criminal or civil enforcement actions, subpoena process, or other compulsory investigative process. Defendants are directed to either dismiss any applicable enforcement actions or seek stays in those cases until otherwise directed by this Court.

Dated:

BY THE COURT:

____________________________________

ROBERT J. SHELBY
United States District Judge