IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF UTAH and DEREK BROWN, in his official capacity as Utah Attorney General,<br><br>Defendants. | **ORDER SETTING STATUS AND SCHEDULING CONFERENCE**<br><br>Case No. 2:26-cv-01055-RJS<br><br>District Judge Robert J. Shelby |

The court is in receipt of Plaintiffs Commodity Futures Trading Commission and United States of America's Emergency Motion for Temporary Restraining Order[1] and Complaint.[2] The court hereby notifies the parties it will hold an in-person status and scheduling conference on the Motion and Complaint on Friday, November 6, 2026, at 1:00 PM in Courtroom 3.100.

Ahead of the hearing, Plaintiffs are hereby ORDERED to do the following:

1. By 5:00 PM on Tuesday, November 3, 2026, Plaintiffs shall serve both Defendants with copies of the following documents in a manner that provides actual notice:

   A. This Order,

   B. The Motion, and

   C. The Complaint.

[1] Dkt. 7, *Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order* (*Motion*).

[2] Dkt. 1, *Complaint for Declaratory and Injunctive Relief* (*Complaint*).

2. By 5:00 PM on Wednesday, November 4, 2026, Plaintiffs shall file proof of such service on the docket.

SO ORDERED this 30th day of October, 2026.

BY THE COURT:



ROBERT J. SHELBY
United States District Judge